MARK FERRARIO, ESQ.
Nevada Bar No. 1625
JASON HICKS, ESQ.
Nevada Bar No. 13149
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Email: ferrariom@gtlaw.com
        Jason.Hicks@gtlaw.com

*Attorneys for Resorts World Las Vegas and*
*Tan Sri Lim Kok Thay aka KT Lim*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT J. CIPRIANI, and JAMES RUSSELL,<br><br>                    Plaintiffs,<br><br>          v.<br><br>GENTING BERHAD; RESORTS WORLD LAS VEGAS, LLC; TAN SRI LIM KOK THAY aka KT LIM; SCOTT SIBELLA; DAVID CHESNOFF; MATTHEW FORBES; DONI TAUBE; JOSEPH TATONETTI; TONYA HENDERSON; ELIE SAMARANI; BRANDON SATTLER,<br><br>                    Defendants. | Case No.:  2:25-cv-2396-JCM-DJA<br><br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE RESPONSE TO COMPLAINT**<br><br>*[FIRST REQUEST]* |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and the signatory Defendants hereto (collectively, "Defendants") that Defendants shall have up to, and including, March 16, 2026, to file and serve their responses to Plaintiffs' Complaint.  The parties respectfully request that the Court approve this stipulation based upon the following.

1.       On December 3, 2025, the Plaintiffs filed their Complaint. ECF No. 1.

2.      On December 9, 2025, Pisanelli Bice waived service on behalf of Defendant David Chesnoff.  ECF No. 23.  Defendant Chesnoff's response deadline is currently February 7, 2026. *Id*.

3.      Also on December 9, 2025, Shawn Perez, Esq., waived service on behalf of Defendant Brandon Sattler.  ECF No. 24.  Defendant Sattler's response deadline is currently February 7, 2026. *Id*.

4.      Also on December 9, 2025, Campbell & Williams waived service on behalf of Defendant Scott Sebella.  ECF No. 25.  Defendant Sebella's response deadline is currently February 7, 2026. *Id*.

5.      On December 29, 2025, Greenberg Traurig, LLP waived service on behalf of Defendants Resorts World Las Vegas and Tan Sri Lim Kok Thay aka KT Lim.  ECF Nos. 21, 22. Defendants Resorts World Las Vegas and KT Lim's response deadline is currently February 27, 2026. *Id*.

6.      On January 26, 2026, Semenza Rickard Law waived service on behalf of Defendants Matthew Forbes, Elie Samarani, Doni Taube, Tonya Henderson, and Joseph Tatonetti. ECF Nos. 26-29.  Those Defendants' response deadline is currently March 27, 2026.  *Id*.[1]

7.      In the interests of economy these Defendants desire to stipulate to a single responsive deadline and Plaintiffs do not oppose the same.

8.      Based on the foregoing, the parties respectfully request that the Court enter an order extending the deadline for these Defendants to file and serve their responses to the Complaint to March 16, 2026.

9.      This is the first stipulation for an extension of time and is made in good faith, not for purposes of delay.

/ / /

---

[1] Plaintiffs have not yet filed Defendant Tatonetti's waiver.

**IT IS SO STIPULATED.**

DATED:  February 2, 2026

**THE VOLKOV LAW GROUP**

*/s/ Michael Volkov*
MICHAEL VOLKOV, ESQ.
*(pro hac vice)*
2805 Racetrack View Dr.
Del Mar, CA 92014-2407
mvolkov@volkovlaw.com

KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
Kathleen Bliss Law
170 S. Green Valley Pkwy. Suite 300
Henderson, NV 89012
kb@kathleenblisslaw.com

*Attorneys for Plaintiffs*

DATED:  February 2, 2026

**PISANELLI BICE**

*/s/ James Pisanelli*
JAMES J. PISANELLI, ESQ.
Nevada Bar No. 4027
400 S. Seventh Street, Suite 3000
Las Vegas, Nevada 89101
jjp@pisanellibice.com

*Attorneys for Defendant David Chesnoff*

DATED:  February 2, 2026

**GREENBERG TRAURIG, LLP**

*/s/ Jason Hicks*
MARK FERRARIO, ESQ.
Nevada Bar No. 1625
JASON HICKS, ESQ.
Nevada Bar No. 13149
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
ferrariom@gtlaw.com
Jason.Hicks@gtlaw.com

*Attorneys for Resorts World Las Vegas and
Tan Sri Lim Kok Thay aka KT Lim*

DATED:  February 2, 2026

**SEMENZA RICKARD LAW**

*/s/ Jarrod Rickard*
JARROD L. RICKARD, ESQ.
Nevada Bar No. 10203
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
jlr@semenzarickard.com

*Attorneys for Defendants Matthew Forbes,
Tonya Henderson, Elie Samarani, Doni Taube
and Joseph Tatonetti*

DATED:  February 2, 2026

DATED:  February 2, 2026

**CAMPBELL & WILLIAMS**

**LAW OFFICE OF SHAWN R. PEREZ, ESQ., P.C**

*/s/ J. Colby Williams*
J. COLBY WILLIAMS, ESQ.
Nevada Bar No. 5549
710 S. Seventh St, Suite A,
Las Vegas, Nevada 89101
jcw@cwlawlv.com

*/s/ Shawn Perez*
SHAWN R. PEREZ, ESQ.
Nevada Bar No. 10421
7121 W. Craig Road, Suite 113-38
Las Vegas, Nevada 89129
shawn711@msn.com

*Attorneys for Defendant Scott Sibella*

*Attorneys for Defendant Brandon Sattler*

**IT IS SO ORDERED.**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 2/3/2026