KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
 MICHAEL VOLKOV, ESQ.
(pro hac vice)
KATHLEEN BLISS LAW
170 S. Green Valley Pkwy. Suite 300
Henderson, NV 89012
Telephone: (240) 505-1992
Email: mvolkov@volkovlaw.com
        kb@kathleenblisslaw.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT J. CIPRIANI, and<br>JAMES RUSSELL<br>Plaintiffs,<br><br><br><br>GENTING BERHAD; RESORTS WORLD<br>LAS VEGAS, LLC; TAN SRI LIM KOK THAY,<br>aka KT LIM; SCOTT SIBELLA;<br>DAVID CHESNOFF; MATTHEW FORBES<br>DONI TAUBE; JOSEPH TATONETTI;<br>TONYA HENDERSON; ELIE SAMARANI;<br>BRANDON SATTLER<br><br>Defendants. | CASE NO.  2:25-cv-02396-JCMDJA<br><br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO EXTEND THE<br>DEADLINE FOR DEFENDANTS<br>TO FILE RESPONSE TO<br>COMPLAINT**<br><br>*[SECOND REQUEST]* |

Pursuant to LR IA 6-1, and LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and the signatory Defendants hereto (collectively, "Defendants") that: (1) the time period for the Plaintiffs to file a First Amended Complaint ("FAC") be set for no later than March 30, 2026; and (2) the time period for Defendants to file their respective responses to Plaintiffs' First Amended Complaint be extended from March 16, 2026, up to and including July 30, 2026.  The parties respectfully request that the Court approve this stipulation based on the following:

1.    On December 3, 2025, the Plaintiffs filed their Complaint.  ECF No. 1.

1

2.   On February 3, 2026, the Court approved the First Stipulation filed by the parties to consolidate the date for filing of responses to the Complaint.  As a result, March 16, 2026 was the date set for the filing of such responses. ECF No. 33.

3.   On March 12, 2026, the Plaintiffs notified the Defendants that Plaintiffs intend to file its First Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a).  The proposed FAC will add two Plaintiffs and associated claims.

4.  In the interest of fairness to the Defendants, and to avoid the necessity of filing two separate sets of responsive filings, one for March 16, 2026, in response to the Complaint, and another set sixty (60) days after the filing of the First Amended Complaint, the parties have agreed to a revised schedule for the filing of the Frist Amended Complaint and initial responsive pleadings.  The Plaintiffs and the Defendants agreed to a consolidated schedule which would include the filing of the First Amended Complaint on March 30, 2026, and the Defendants shall file responsive pleadings by no later than July 30, 2026.

5.   In the interest of judicial economy, the Plaintiffs desire to file its First Amended Complaint and the Defendants do not oppose this request, but reserve all rights to challenge the substance and procedure surrounding the Plaintiffs' filing of the First Amended Complaint. In the interests of economy these Defendants desire to stipulate to a single responsive deadline and Plaintiffs do not oppose the same.

6.   Based on the foregoing, the parties respectfully request that the Court enter an Order extending the deadline for the Plaintiffs to file its First Amended Complaint no later than March 30, 2026, and the Defendants shall file responsive pleadings by no later than July 30, 2026.

7.   This is the second stipulation by the parties for an extension of time and is made in good faith, not for purposes of delay. ///

IT IS SO STIPULATED

Dated:  March 16, 2026                          DATED: March 16, 2026

THE VOLKOV LAW GROUP                  GREENBURG TRAURIG, LLP

/s/    Michael    Volkov                              /s/  Jason  Hicks

*MICHAEL VOLKOV, ESQ.*                  *MARK FERRARIO, ESQ*
(pro hac vice)                                          Nevada Bar No. 1625
2805 Racetrack View Dr.                        JASON HICKS, ESQ.
Del Mar, CA 92014-2407                         Nevada Bar No. 13149
mvolkov@volkovlaw.com                        10845 Griffith Peak Drive, Suite 600
                                                            Las Vegas, NV 89135

KATHLEEN BLISS, ESQ.                          ferrariom@gtlaw.com
Nevada Bar No. 7606                              Jason.Hicks@gtlaw.com
Kathleen Bliss Law
170 S. Green Valley Pkwy. Suite 300        Attorneys for Resorts World Las Vegas and
Henderson, NV 89012                            Tan Sri Lim Kok Thay aka KT Lim

Attorneys for Plaintiffs

DATED:  March 16, 2026                         DATED:  March 16, 2026

**PISANELLI BICE**                                  **SEMENZA RICKARD LAW**

/s/  James Pisanelli                                  /s/  Jarrod Rickard
JAMES J. PISANELLI, ESQ..                     JARROD I. RICKARD, ESQ.
Nevada Bar No. 4027                              Nevada Bar No. 10203
400 S. Seventh Street, Suite 3000            10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89101                        Las Vegas, Nevada 89145
jjp@pisanellibice.com                             jlr@semenzarickard.com

Attorneys for David Chesnoff                  Attorneys for Matthew Forbes, Tonya Henderson,
                                                            Elie Samarani, Doni Taube and Joseph Tatonetti

DATED:  March 16, 2026

**CAMPMBELL & WILLIAMS**

/s/  Colby Williams
COLBY WILLIAMS, ESQ.
Nevada Bar No. 5549
710 S. Seventh Street, Suite A
Las Vegas, Nevada 89101
jcw@cwlawlv.com
Attorneys for Scott Sibella

DATED: 3/17/2026

DATED:  March 16, 2026

**LAW OFFICE OF SHAWN PEREZ, ESQ., P.C.**

  */s/  Shawn Perez*
SHAWN R. PEREZ, ESQ.
Nevada Bar No. 10421
7121 W. Craig Road, Suite 113-38
Las Vegas, Nevada 89129
shawn711@msn.com
Attorneys for Brandon Sattler

IT IS SO ORDERED.

4