KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
MICHAEL VOLKOV, ESQ.
(pro hac vice)
KATHLEEN BLISS LAW
170 S. Green Valley Pkwy. Suite 300
Henderson, NV 89012
Telephone: (240) 505-1992
Email: mvolkov@volkovlaw.com
kb@kathleenblisslaw.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT J. CIPRIANI, and JAMES RUSSELL Plaintiffs, | CASE NO. 2:25-cv-02396-JCM-DJA |
| GENTING BERHAD; RESORTS WORLD LAS VEGAS, LLC; TAN SRI LIM KOK THAY, aka KT LIM; SCOTT SIBELLA; DAVID CHESNOFF; MATTHEW FORBES DONI TAUBE; ZACHARY KOEP; JOSEPH TATONETTI; TONYA HENDERSON; DANIEL MADURZAK; ELIE SAMARANI BRANDON SATTLER<br><br>Defendants. | **STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND THE DEADLINE FOR PLAINTIFFS TO FILE OPPOSITIONS TO MOTIONS TO DISMISS**<br><br>***THIRD REQUEST*** |

Pursuant to LR IA 6-1, and LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and the signatory Defendants hereto (collectively, "Defendants") that: (1) the deadline for the Plaintiffs to file an Opposition to the Motions to Dismiss filed on July 30, 2026, by Defendants Resorts World Las Vegas LLC ("RWLV"), Scott Sibella and David Chesnoff, respectively, ECF Nos. 39, 42 and 46, which were joined by the other Defendants, ECF Nos. 43, 45, 47, 48, and 50-57, First Amended Complaint ("FAC") be extended from August 13, 2026, for

sixty-days to October 13, 2026. The parties respectfully request that the Court approve this stipulation based on the following:

1. On December 3, 2025, the Plaintiffs filed their Complaint. ECF No. 1.

2. On February 3, 2026, the Court approved the First Stipulation filed by the parties to consolidate the date for filing of responses to the Complaint. As a result, March 16, 2026 was the date set for the filing of such responses. ECF No. 33.

3. On March 17, 2026, the Court approved the Second Stipulation filed by the parties to require the Plaintiffs to file their First Amended Complaint by March 30, 2026, and for the Defendants to file their responsive pleadings by July 30, 2026. ECF No. 35.

4. The Plaintiff filed their First Amended Complaint on March 30, 2026 (ECF No. 36), and Defendants RWLV et al., Sibella and Chesnoff filed motion to dismiss, respectively, ECF Nos. 39, 42 and 46, in which the Co-defendants filed motions to join (ECF Nos. 43, 45, 47, 48, and 50-57).

5. The extension of time is necessary as Plaintiffs are reviewing and investigating the arguments asserted in the Defendants' respective motions. The parties have agreed to extend the existing deadline for Plaintiffs to file their oppositions from August 13, 2026 for sixty (60) days to and including October 13, 2026.

6. Based on the foregoing, the parties respectfully request that the Court enter an Order extending the deadline for the Plaintiffs to file their oppositions to Defendants' motions to dismiss by no later than October 13, 2026.

7. This is the third stipulation by the parties for an extension of time and is made in good faith, not for purposes of delay. ///

IT IS SO STIPULATED

Dated: August 7, 2026

THE VOLKOV LAW GROUP

/s/ Michael Volkov

*MICHAEL VOLKOV, ESQ.*
(pro hac vice)
2805 Racetrack View Dr.
Del Mar, CA 92014-2407
mvolkov@volkovlaw.com

KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
Kathleen Bliss Law
170 S. Green Valley Pkwy. Suite 300
Henderson, NV 89012

Attorneys for Plaintiffs

DATED: August 7, 2026

GREENBURG TRAURIG, LLP

*/s/ Jason Hicks*

*MARK FERRARIO, ESQ*
Nevada Bar No. 1625
JASON HICKS, ESQ.
Nevada Bar No. 13149
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

ferrariom@gtlaw.com
Jason.Hicks@gtlaw.com

Attorneys for Resorts World Las Vegas, Tan Sri Lim Kok Thay aka KT Lim, Zachary Koep, and Daniel Madurzak

DATED: August 7, 2026

**PISANELLI BICE**

/s/ James Pisanelli

JAMES J. PISANELLI, ESQ..
Nevada Bar No. 4027
400 S. Seventh Street, Suite 3000
Las Vegas, Nevada 89101
jjp@pisanellibice.com

Attorneys for David Chesnoff

DATED: August 7, 2026

**SEMENZA RICKARD LAW**

*/s/ Jarrod Rickard*

JARROD I. RICKARD, ESQ.
Nevada Bar No. 10203
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
jlr@semenzarickard.com

Attorneys for Matthew Forbes, Tonya Henderson, Elie Samarani, Doni Taube and Joseph Tatonetti

DATED: August 7, 2026

**CAMPMBELL & WILLIAMS**

/s/ Colby Williams
COLBY WILLIAMS, ESQ.
Nevada Bar No. 5549
710 S. Seventh Street, Suite A
Las Vegas, Nevada 89101
jcw@cwlawlv.com
Attorneys for Scott Sibella

DATED: August 7, 2026

**LAW OFFICE OF SHAWN PEREZ, ESQ., P.C.**

*/s/ Shawn Perez*
SHAWN R. PEREZ, ESQ.
Nevada Bar No. 10421
7121 W. Craig Road, Suite 113-38
Las Vegas, Nevada 89129
shawn711@msn.com
Attorneys for Brandon Sattler

IT IS SO ORDERED.

U.S. District Judge

Date: August 7, 2026