KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
MICHAEL VOLKOV, ESQ.
(pro hac vice)
KATHLEEN BLISS LAW
170 S. Green Valley Pkwy. Suite 300
Henderson, NV 89012
Telephone: (240) 505-1992
Email: mvolkov@volkovlaw.com
kb@kathleenblisslaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

ROBERT J. CIPRIANI, and
JAMES RUSSELL
Plaintiffs,

GENTING BERHAD; RESORTS WORLD LAS VEGAS, LLC; TAN SRI LIM KOK THAY, aka KT LIM; SCOTT SIBELLA; DAVID CHESNOFF; MATTHEW FORBES DONI TAUBE; ZACHARY KOEP; JOSEPH TATONETTI; TONYA HENDERSON; DANIEL MADURZAK; ELIE SAMARANI BRANDON SATTLER

Defendants.

CASE NO. 2:25-cv-02396-JCMDJA

**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR PARTIAL DISMISSAL OF COUNTS VI AND VII AS TO DEFENDANTS ZACHARY KOEP AND DANIEL MADURZAK**

Pursuant to LR IA 6-1, and LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Robert J. Cipriani, James Russell, and Andrew Cheng Tao Do ("Plaintiffs"), on the one hand, and Defendants Zachary Koep and Daniel Madurzak ("Stipulating Defendants"), by and through their counsel of record, on the other hand, that: (1) Plaintiffs' Sixth Claim for Relief (Nevada Whistleblower Retaliation, NRS 613.340–613.435) and Seventh Claim for Relief (Wrongful Termination in Violation of Public Policy) in the First Amended Complaint (ECF No. 36) ("FAC") are dismissed, with prejudice, as against Defendants Zachary Koep and Daniel Madurzak only. This Stipulation does not affect, and the parties do not intend it to affect, any claim asserted against any other Defendant, including Resorts World Las Vegas, LLC, which remains a defendant on the Sixth and Seventh Claims for Relief, or any other claim asserted against

Defendants Koep and Madurzak, including the First and Second Claims for Relief. The parties respectfully request that the Court approve this stipulation based on the following:

1. On December 3, 2025, Plaintiffs filed their Complaint. ECF No. 1.

2. On March 30, 2026, Plaintiffs filed their First Amended Complaint, which added Andrew Cheng Tao Do as a plaintiff and Zachary Koep and Daniel Madurzak as defendants. ECF No. 36.

3. The FAC's Sixth Claim for Relief for Nevada Whistleblower Retaliation is asserted under NRS 613.340–613.435, which defines "employer" as an entity with fifteen or more employees. NRS 613.310(2). The FAC's Seventh Claim for Relief for Wrongful Termination in Violation of Public Policy likewise requires an employer-employee relationship between the plaintiff and the defendant against whom the claim is asserted.

4. Defendants Koep and Madurzak are alleged in the FAC to have been Plaintiff Do's supervisors at Resorts World Las Vegas, LLC, not his employer within the meaning of NRS 613.310(2) or Nevada common law.

5. To streamline the claims at issue and avoid unnecessary motion practice on this discrete question, Plaintiffs have agreed to dismiss, with prejudice, the Sixth and Seventh Claims for Relief as against Defendants Koep and Madurzak only. Plaintiff Do's Sixth and Seventh Claims for Relief against Resorts World Las Vegas, LLC remain pending and unaffected by this Stipulation, as do all other claims asserted in the FAC against all other Defendants, including Defendants Koep and Madurzak.

6. This Stipulation is made in good faith and not for purposes of delay, and no party's substantive rights are prejudiced by its entry.

///

**IT IS SO STIPULATED.**

Dated: October 1, 2026

KATHLEEN BLISS LAW

MICHAEL VOLKOV, ESQ.
(pro hac vice)
KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
170 S. Green Valley Pkwy. Suite 300
Henderson, NV 89012

Attorneys for Plaintiffs

GREENBERG TRAURIG, LLP

/s/ Jason Hicks

MARK FERRARIO, ESQ.
Nevada Bar No. 1625
JASON HICKS, ESQ.
Nevada Bar No. 13149
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

Attorneys for Defendants Zachary Koep and Daniel Madurzak

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: October 1, 2026