PHILIP R. ERWIN (11563)
Email: pre@cwlawlv.com
CAMPBELL & WILLIAMS
710 South Seventh Street
Las Vegas, Nevada 89101
Telephone: 702.382.5222
Fax: 702.382.0540

*Attorneys for Defendant*
*Scott Sibella*

CAMPBELL & WILLIAMS
ATTORNEYS AT LAW
710 SOUTH SEVENTH STREET, SUITE A, LAS VEGAS, NEVADA 89101
Phone: 702.382.5222 • Fax: 702.382.0540
www.campbellandwilliams.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ROBERT J. CIPRIANI, JAMES RUSSELL, and ANDREW CHENG TAO DO,

Plaintiffs,

vs.

GENTING BERHAD, RESORTS WORLD LAS VEGAS, LLC, TAN SRI LIM KOK THAY aka KT LIM, SCOTT SIBELLA, DAVID CHESNOFF, MATTHEW FORBES, DONI TAUBE, ZACHARY KOEP, JOSEPH TATONETTI, DANIEL MADURZAK, TONY A HENDERSON, ELIE SAMARANI, and BRANDON SATTLER,

Defendants.

Case No. 2:25-cv-02396-JCM-DJA

**STIPULATION AND PROPOSED ORDER EXTENDING THE DEADLINE FOR DEFENDANTS' REPLIES IN SUPPORT OF MOTIONS TO DISMISS AND MOTIONS FOR SANCTIONS**

Pursuant to Local Rules IA 6-1 and 6-2 and LR 7-1, IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Robert J. Cipriani, James Russell and Andrew Cheng Tao Do ("Plaintiffs") and Defendants Scott Sibella ("Sibella"), David Chesnoff ("Chesnoff"), Tan Sri Lim Kok Thay, Zachary Koep, Daniel Madurzak, and Resorts World Las Vegas, LLC (collectively, "Moving Defendants" and, together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, that the Moving Defendants shall have an additional 21 days to file their respective replies in support of the pending Motions to Dismiss Plaintiffs' Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF Nos. 39, 42, 46) and joinders thereto, as well as Sibella's and Chesnoff's pending Motions for Sanctions Pursuant to Fed. R. Civ. P. 11 (ECF Nos. 62, 64). The Moving Defendants' original deadline to file their respective replies in support of the Motions to

Dismiss is October 20, 2026. Sibella's and Chesnoff's original deadline to file their respective replies in support of the Motions for sanctions is also October 20, 2026. With an additional 21 days, the deadline to file replies in support of the Motions to Dismiss as well as the Motions for Sanctions is extended to November 10, ~~2024~~ **2026**.

Good cause exists for the extension set forth herein. First, Sibella and Chesnoff require additional time as they must prepare two separate replies in support of their respective Motions to Dismiss and Motions for Sanctions. Second, Defendants stipulated to Plaintiffs' prior request for additional time to oppose the motions, which the Court granted (ECF No. 67), thus the courtesy is reciprocal. Additionally, the Moving Defendants have professional commitments in other matters that make it impracticable to prepare and file replies in support of the Motions to Dismiss by the original deadline.

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

CAMPBELL & WILLIAMS
ATTORNEYS AT LAW
710 South Seventh Street, Suite A, Las Vegas, Nevada 89101
Phone: 702.382.5222 • Fax: 702.382.0540
www.campbellandwilliams.com

CAMPBELL & WILLIAMS
ATTORNEYS AT LAW
710 SOUTH SEVENTH STREET, SUITE A, LAS VEGAS, NEVADA 89101
Phone: 702.382.5222 • Fax: 702.382.0540
www.campbellandwilliams.com

This is the first extension requested for Moving Defendants to file their replies in support of the Motions to Dismiss and the first extension requested by Sibella and Chesnoff to file their replies in support of the Motions for Sanctions. This request is not made for the purpose of delay.

IT IS SO STIPULATED.

DATED this 15th day of October, 2026

CAMPBELL & WILLIAMS

By /s/ *Philip R. Erwin*
PHILIP R. ERWIN, ESQ. (11563)
710 South Seventh Street
Las Vegas, Nevada 89101

*Attorneys for Defendant Scott Sibella*

DATED this 15th day of October, 2026

PISANELLI BICE

By /s/ *James J. Pisanelli*
JAMES J. PISANELLI, ESQ. (4027)
400 South Seventh Street, Suite 3000
Las Vegas, Nevada 89101

*Attorneys for David Chesnoff*

DATED this 15th day of October, 2026

GREENBURG TRAURIG, LLP

By /s/ *Jason Hicks*
MARK E. FERRARIO, ESQ. (1625)
JASON HICKS, ESQ. (13149)
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Attorneys for Defendants Tan Sri Lim Kok Thay, Zachary Koep, Daniel Madurzak, and Resorts World Las Vegas, LLC*

DATED this 15th day of October, 2026

THE VOLKOV LAW GROUP

By /s/ *Michael Volkov*
MICHAEL VOLKOV, ESQ. (*Pro Hac Vice*)
2805 Racetrack View Drive
Del Mar, California 92014
Las Vegas, Nevada 89101

SGRO & ROGER
ANTHONY P. SGRO, ESQ. (3811)
KRISTIE L. FISCHER, ESQ. (11693)
2901 El Camino Avenue, Suite 204
Las Vegas, Nevada 89102

*Attorneys for Plaintiffs Robert J. Cipriani, James Russell and Andrew Cheng Tao Do*

**IT IS SO ORDERED.**

______________________________
UNITED STATES DISTRICT JUDGE

DATED: October 16, 2026