MARK FERRARIO, ESQ.
Nevada Bar No. 1625
JASON HICKS, ESQ.
Nevada Bar No. 13149
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: FerrarioM@gtlaw.com
Jason.Hicks@gtlaw.com

*Attorneys for Resorts World Las Vegas, LLC; Tan Sri Lim Kok Thay aka KT Lim; Zachary Koep; and Daniel Madurzak*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ROBERT J. CIPRIANI, JAMES RUSSELL, and ANDREW CHENG TAO DO,

Plaintiffs,

v.

GENTING BERHAD; RESORTS WORLD LAS VEGAS, LLC; TAN SRI LIM KOK THAY aka KT LIM; SCOTT SIBELLA; DAVID CHESNOFF; MATTHEW FORBES; DONI TAUBE; ZACHARY KOEP; JOSEPH TATONETTI; DANIEL MADURZAK; TONYA HENDERSON; ELIE SAMARANI; BRANDON SATTLER,

Defendants.

Case No.: 2:25-cv-2396-JCM-DJA

**~~STIPULATION AND PROPOSED~~ ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR RULE 11 SANCTIONS**

***First Request***

Plaintiffs and Defendants Resorts World Las Vegas, LLC, Tan Sri Lim Kok Thay a/k/a KT Lim, Zachary Koep, and Daniel Madurzak ("Defendants"), by and through their respective counsel of record, submit this Stipulation and Proposed Order to Extend Deadline to File Reply in Support of Motion for Rule 11 Sanctions. This stipulation is made and based upon the following.

1. Defendants filed a motion for Rule 11 sanctions on October 27, 2026, to which Plaintiffs have responded. ECF Nos. 84, 86. Defendants' reply is currently due November 17, 2026. LR 7-2(b).

2. Defendants require additional time to submit their reply due to counsel's schedule. Plaintiffs stipulate and agree to an extension as a matter of professional courtesy.

3. Accordingly, the parties request that the Court extend the deadline for Defendants' reply in support of their motion for Rule 11 sanctions up to, and including, ~~**November**~~ December **4, 2026**.

4. This is the first request for an extension of time. This stipulation is entered into in good faith and not for purposes of delay.

IT IS SO STIPULATED.

DATED: November 16, 2026

**SGRO & ROBERG**

*/s/ Michael Volkov*
ANTHONY P. SGRO, ESQ.
Nevada Bar Number 3811
ALANNA C. BONDY, ESQ.
Nevada Bar Number 14830
COLLEEN N. SAVAGE, ESQ.
Nevada Bar No. 14947
2901 El Camino Avenue, Suite 204
Las Vegas, NV 89102

MICHAEL VOLKOV, ESQ.
(*Admitted Pro Hac Vice*)
**THE VOLKOV LAW GROUP, PC**
2805 Racetrack View Drive
Del Mar, CA 92014-2407

*Attorneys for Plaintiffs*

DATED: November 16, 2026

**GREENBERG TRAURIG, LLP**

*/s/ Jason Hicks*
MARK FERRARIO, ESQ.
Nevada Bar No. 1625
JASON HICKS, ESQ.
Nevada Bar No. 13149
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

*Attorneys for Resorts World Las Vegas; Tan Sri Lim Kok Thay aka KT Lim; Zachary Koep, and Daniel Madzurak*

**IT IS SO ORDERED.**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 17, 2026