MARK FERRARIO, ESQ.
Nevada Bar No. 1625
JASON HICKS, ESQ.
Nevada Bar No. 13149
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: FerrarioM@gtlaw.com
Jason.Hicks@gtlaw.com

*Attorneys for Resorts World Las Vegas, LLC; Tan Sri Lim Kok Thay aka KT Lim; Zachary Koep; and Daniel Madurzak*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ROBERT J. CIPRIANI, JAMES RUSSELL, and ANDREW CHENG TAO DO,

Plaintiffs,

v.

GENTING BERHAD; RESORTS WORLD LAS VEGAS, LLC; TAN SRI LIM KOK THAY aka KT LIM; SCOTT SIBELLA; DAVID CHESNOFF; MATTHEW FORBES; DONI TAUBE; ZACHARY KOEP; JOSEPH TATONETTI; DANIEL MADURZAK; TONYA HENDERSON; ELIE SAMARANI; BRANDON SATTLER,

Defendants.

Case No.: 2:25-cv-2396-JCM-DJA

**~~STIPULATION AND PROPOSED~~ ORDER TO VACATE THE COURT'S OCTOBER 27, 2026, MINUTE ORDER AND STAY DISCOVERY PENDING RULING ON DEFENDANTS' MOTIONS TO DISMISS**

The parties, by and through their respective counsel of record, submit this Stipulation and Proposed Order to Vacate the Court's October 27, 2026, Minute Order and Stay Discovery Pending

the Court's Ruling on Defendants' Motions to Dismiss. This Stipulation is made and based upon the following.

1. Plaintiffs Robert Cipriani and James Russell initiated this lawsuit on December 3, 2025. ECF No. 1. Plaintiffs filed their First Amended Complaint on March 30, 2026. ECF No. 36. The First Amended Complaint names three plaintiffs and thirteen defendants, contains individually numbered 309 paragraphs, and asserts seven claims stemming from an alleged years-long racketeering enterprise.

2. Defendants filed Motions to Dismiss the First Amended Complaint on July 30, 2026. ECF Nos. 39, 42, 46. Multiple joinders thereto were submitted. ECF Nos. 43, 45, 47-48, 50-57.

3. The Court granted the parties' stipulations for an enlarged briefing schedule on the Motions to Dismiss, making Plaintiffs' Oppositions due October 13, 2026, and Defendants' Replies due November 10, 2026. ECF Nos. 61, 83.

4. On October 27, 2026, the Court issued a minute order directing the parties to file a stipulated discovery plan and scheduling order by November 30, 2026. ECF No. 85.

5. The parties have conferred and agree that their and the Court's resources are best served by staying discovery and related deadlines pending the Court's rulings on the Motions to Dismiss given the scope and breadth of the allegations at issue.

6. Accordingly, the parties stipulate and request that the Court vacate its November 30, 2026, minute order, stay discovery and all related discovery deadlines, and direct the parties to meet and confer promptly after the Court's determinations on the Motions to Dismiss to discuss what discovery, if any, needs to be completed and submit a discovery plan and scheduling order at that time.

/ / /

/ / /

/ / /

7. This stipulation is entered into in good faith to efficiently manage this case, and not for purposes of delay.

IT IS SO STIPULATED.

DATED: October 30, 2026

**SGRO & ROBERG**

*/s/ Michael Volkov*
ANTHONY P. SGRO, ESQ.
Nevada Bar Number 3811
ALANNA C. BONDY, ESQ.
Nevada Bar Number 14830
COLLEEN N. SAVAGE, ESQ.
Nevada Bar No. 14947
2901 El Camino Avenue, Suite 204
Las Vegas, NV 89102

MICHAEL VOLKOV, ESQ.
(*Admitted Pro Hac Vice*)
**THE VOLKOV LAW GROUP, PC**
2805 Racetrack View Drive
Del Mar, CA 92014-2407

*Attorneys for Plaintiffs*

DATED: October 30, 2026

**GREENBERG TRAURIG, LLP**

*/s/ Jason Hicks*
MARK FERRARIO, ESQ.
Nevada Bar No. 1625
JASON HICKS, ESQ.
Nevada Bar No. 13149
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

*Attorneys for Resorts World Las Vegas; Tan Sri Lim Kok Thay aka KT Lim; Zachary Koep, and Daniel Madzurak*

DATED: October 30, 2026

**PISANELLI BICE**

*/s/ Alexandra N. Mateo*
JAMES J. PISANELLI, ESQ.
Nevada Bar No. 4027
ALEXANDRA N. MATEO, ESQ.
Nevada Bar No. 5549
400 S. Seventh Street, Suite 3000
Las Vegas, Nevada 89101

*Attorneys for Defendant David Chesnoff*

DATED: October 30, 2026

**SEMENZA RICKARD LAW**

*/s/ Jarrod Rickard*
JARROD L. RICKARD, ESQ.
Nevada Bar No. 10203
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Defendants Matthew Forbes, Tonya Henderson, Elie Samarani, Doni Taube and Joseph Tatonetti*

DATED: October 30, 2026

**CAMPBELL & WILLIAMS**

*/s/ Philip R. Erwin*
PHILIP R. ERWIN, ESQ.
Nevada Bar No. 11563
SAMUEL R. MIRKOVICH, ESQ.
Nevada Bar No. 11662
710 S. Seventh St, Suite A,
Las Vegas, Nevada 89101

*Attorneys for Defendant Scott Sibella*

DATED: October 30, 2026

**LAW OFFICE OF SHAWN R. PEREZ, ESQ., P.C**

*/s/ Shawn Perez*
SHAWN R. PEREZ, ESQ.
Nevada Bar No. 10421
7121 W. Craig Road, Suite 113-38
Las Vegas, Nevada 89129

*Attorneys for Defendant Brandon Sattler*

IT IS THEREFORE ORDERED that the parties' stipulation to stay discovery (ECF No. 94) is GRANTED. IT IS THEREFORE ORDERED that the November 30, 2026, discovery plan deadline is VACATED. IT IS FURTHER ORDERED that the parties must meet and confer and file a stipulated discovery plan within 30 days after the Court's decision on the pending motions to dismiss should this case proceed.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 17, 2026